UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-00239-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED ORDER |
| | ) | |
| JOHN LANE & KELSEY LANE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | ) | |

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to April 1, 2014, at the hour of 9:45 a.m., and that time is excluded as stipulated.

Dated:  1/17/2014

/s/ John A. Mendez_____
JOHN A. MENDEZ, Judge
United States District Court