```
 1  J. TONY SERRA, SBN 32639
    506 Broadway
 2  San Francisco CA 94133
    Tel: 415/986-5591
 3  Fax: 415/421-1331

 4  Attorney for Defendant
    JOHN LANE
 5

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      Case No. 2:13-CR-00239-JAM

12          Plaintiff,              STIPULATION AND ORDER TO
                                    CONTINUE STATUS CONFERENCE
13      v.
                                    Date: April 1, 2014
14  JOHN LANE and                   Time: 9:45 a.m.
    KELSEY LANE,                    Judge Mendez
15
            Defendants.
16  _____/

17       THE PARTIES HEREBY STIPULATE AND AGREE to continue the

18  status hearing presently set for the date and time indicated

19  above, to May 20, 2014, at 9:45 a.m., or another date and time

20  convenient to the court and all parties, based on the following:

21       1.   Counsel for Mr. Lane has contacted all involved

22  parties, and has determined that all parties are generally in

23  agreement that this matter should be continued, for further

24  status.

25       2.   Accordingly, the parties mutually request that the

26  above date be vacated and that the matter be continued to 9:45

27  a.m. on May 20, 2014.

28       3.   The parties stipulate that the time is excludable from
```

the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the hearing be continued from April 1, 2014 at 9:45 a.m., to May 20, 2014, at 9:45 a.m. with time continuing to be excluded as specified above, such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 27, 2014

/s/ J. TONY SERRA                    /s/ KALI S. GRECH
J. TONY SERRA                        KALI S. GRECH
Attorney for JOHN LANE               Attorney for KELSEY LANE


/s/ MICHAEL D. McCOY
MICHAEL D. McCOY
Assistant U.S. Attorney

**ORDER**

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to May 20, 2014, at the hour of 9:45 a.m., and that time is excluded as stipulated.

Dated: 3/28/2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2