```
1   KALI S. GRECH, SBN 238461
2   506 Broadway
3   San Francisco CA 94133
4   Telephone: 415/986-5591
5   Facsimile: 415/421-1331
6   Email: ksgrech@pier5law.com
7
8   Attorney for Defendant,
9   KELSEY LANE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00239-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN LANE and KELSEY LANE, | Date: May 20, 2014<br>Time: 9:45 a.m.<br>Judge Mendez |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the status hearing presently set for the date and time indicated above, to August 26, 2014, at **9:30 a.m.**, or another date and time convenient to the court and all parties, based on the following:

1. Counsel for Ms. Lane has contacted all involved parties, and has determined that all parties are generally in agreement that this matter should be continued, for further status.

1  2.  Accordingly, the parties mutually request that the above
2      date be vacated and that the matter be continued to 9:30
3      a.m. on August 26, 2014.
4  3.  The parties stipulate that the time is excludable from the
5      time limitations of the Speedy Trial Act because the
6      interests of justice are served by granting a continuance.
7      This continuance, requested by the parties, will permit
8      continuity of counsel, and allow the reasonable time
9      necessary for effective preparation, taking into account
10     the exercise of due diligence.  18 U.S.C. sections
11     3161(h)(8)(A) and (B)(iv).
12     THE PARTIES THEREFORE STIPULATE that the Status Conference
13 be continued from May 20, 2014 at 9:45 a.m., to August 26,
14 2014, at **9:30 a.m.** with time continuing to be excluded as
15 specified above, such that the ends of justice served by
16 granting such a continuance outweigh the best interests of the
17 public and the defendant in a speedy trial.
18     Dated: May 16, 2014

19  /s/ J. TONY SERRA                 /s/ KALI S. GRECH
20  J. TONY SERRA                     KALI S. GRECH
21  Attorney for JOHN LANE            Attorney for KELSEY LANE
22
23
24
25  /s/ MICHAEL D. McCOY
26  MICHAEL D. McCOY
27  Assistant U.S. Attorney
28
29

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15                              ORDER
16
17        Good cause appearing, and based upon the stipulation of
18   the parties,
19        IT IS HEREBY ORDERED that the hearing in this matter is
20   continued to August 26, 2014, at the hour of 9:30 a.m., and
21   that time is excluded as stipulated.
22        Dated: May 16, 2014
23                                    /s/ JOHN A. MENDEZ
24                                    JOHN A. MENDEZ, Judge
25                                    United States District Court
```