1  KALI S. GRECH, SBN 238461
2  506 Broadway
3  San Francisco CA 94133
4  Telephone: 415/986-5591
5  Facsimile: 415/421-1331
6  Email: ksgrech@pier5law.com
7
8  Attorney for Defendant,
9  KELSEY LANE
10
11
12
13
14
15                UNITED STATES DISTRICT COURT

16               EASTERN DISTRICT OF CALIFORNIA

17
18
   UNITED STATES OF AMERICA,          Case No. 2:13-CR-00239-JAM

            Plaintiff,                STIPULATION AND ORDER TO
                                      CONTINUE STATUS CONFERENCE
         v.
                                      Date: August 26, 2014
   JOHN LANE and                      Time: 9:45 a.m.
   KELSEY LANE,                       Judge Mendez

            Defendants.
   _____/
19
20      THE PARTIES HEREBY STIPULATE AND AGREE to continue the

21  status hearing presently set for the date and time indicated

22  above, to November 18, 2014, at 9:30 a.m., or another date and

23  time convenient to the court and all parties, based on the

24  following:

25  1.   Counsel for Ms. Lane has contacted all involved parties,

26       and has determined that all parties are generally in

27       agreement that this matter should be continued, for

28       further status.

1    2.    Accordingly, the parties mutually request that the above

2           date be vacated and that the matter be continued to 9:30

3           a.m. on November 18, 2014.

4    3.    The parties stipulate that the time is excludable from the

5           time limitations of the Speedy Trial Act because the

6           interests of justice are served by granting a continuance.

7           This continuance, requested by the parties, will permit

8           continuity of counsel, and allow the reasonable time

9           necessary for effective preparation, taking into account

10          the exercise of due diligence.  18 U.S.C. sections

11          3161(h)(8)(A) and (B)(iv).

12          THE PARTIES THEREFORE STIPULATE that the Status Conference

13    be continued from August 26, 2014 at 9:45 a.m., to November 18,

14    2014, at 9:45 a.m. with time continuing to be excluded as

15    specified above, such that the ends of justice served by

16    granting such a continuance outweigh the best interests of the

17    public and the defendant in a speedy trial.

18          Dated: August 12, 2014

19    /s/ J. TONY SERRA                /s/ KALI S. GRECH
20    J. TONY SERRA                   KALI S. GRECH
21    Attorney for JOHN LANE          Attorney for KELSEY LANE
22
23
24
25    /s/ MICHAEL D. McCOY
26    MICHAEL D. McCOY
27    Assistant U.S. Attorney
28
29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15                                   <u>ORDER</u>
16
17       Good cause appearing, and based upon the stipulation of

18   the parties,

19       **IT IS HEREBY ORDERED** that the hearing in this matter is

20   continued to November 18, 2014, at the hour of 9:30 a.m., and

21   that time is excluded as stipulated.

22       Dated:  8/12/2014

23                                   /s/ John A. Mendez_____
24                                   JOHN A. MENDEZ, Judge
25                                   United States District Court