```
 1    KALI S. GRECH, SBN 238461
 2    Green Street Law Group
 3    466 Green Street, Suite 301C
 4    San Francisco, CA 94133
 5    Telephone: 415/202-6622
 6    Facsimile: 415/202-6442
 7    Email: kali@greenstreetlawgroup.com
 8
 9    Attorney for Defendant,
10    KELSEY LANE
11
12
13               UNITED STATES DISTRICT COURT
14               EASTERN DISTRICT OF CALIFORNIA
15
16
17
18
19
20
21    UNITED STATES OF AMERICA,
22
23          Plaintiff,
24
25       v.
26
27    JOHN LANE and
28    KELSEY LANE,
29
30          Defendants.
31
32    /
33                                   Case No. 2:13-CR-00239-JAM
34
35                                   STIPULATION AND ORDER TO
36                                   CONTINUE STATUS CONFERENCE
37
38
39
40
41
42
43

44          THE PARTIES HEREBY STIPULATE AND AGREE to continue the

45    status hearing presently set for November 18, 2014, at 9:45
```

a.m., to February 10, 2015, at 9:45 a.m., based on the following:

1. Counsel for Mrs. Lane has contacted all involved parties, and has determined that all parties are generally in agreement that this matter should be continued, for further status.

2. Accordingly, the parties mutually request that the above date be vacated and that the matter be continued to February 10, 2015, at 9:45 a.m.

3. The parties stipulate that time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

4. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the Status Conference be continued from November 18, 2014 at 9:30 a.m., to February 10, 2015, at 9:30 a.m., with time continuing to be excluded as specified above, as the ends of justice are served by granting this continuance.

Dated: October 21, 2014

| /s/ J. TONY SERRA | /s/ KALI S. GRECH |
|---|---|
| J. TONY SERRA | KALI S. GRECH |
| Attorney for JOHN LANE | Attorney for KELSEY LANE |

/s/ MICHAEL D. McCOY
MICHAEL D. McCOY
Assistant U.S. Attorney

**ORDER**

Good cause appearing, and based upon the stipulation of the parties:

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to February 10, 2015, at the hour of 9:30 a.m., and that time is excluded as stipulated.

Dated: 10/22/2014

/s/ John A. Mendez
JOHN A. MENDEZ, Judge
United States District Court