KALI S. GRECH, SBN 238461
Green Street Law Group
466 Green Street, Suite 301C
San Francisco, CA 94133
Telephone: 415/202-6622
Facsimile: 415/202-6442
Email: kali@greenstreetlawgroup.com

Attorney for Defendant,
KELSEY LANE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00239-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN LANE and KELSEY LANE, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the status hearing presently set for February 10, 2015, at 9:45 AM, to March 17, 2015, at 9:45 AM, or another date and time convenient to the court and all parties, based on the following:

1. Counsel for Ms. Lane has contacted all involved parties, and has determined that all parties are generally in agreement that this matter should be continued, for further status.

2. Accordingly, the parties mutually request that the above date be vacated and that the matter be continued to 9:45 AM on March 17, 2015.

3. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

4. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the Status Conference be continued from February 10, 2015 at 9:45 AM, to March 17, 2015, at 9:45 AM with time continuing to be excluded as specified above, as the ends of justice are served by granting this continuance.

Dated: January 30, 2015

/s/ J. TONY SERRA  
J. TONY SERRA  
Attorney for JOHN LANE

/s/ KALI S. GRECH  
KALI S. GRECH  
Attorney for KELSEY LANE

/s/ MICHAEL D. McCOY  
MICHAEL D. McCOY  
Assistant U.S. Attorney

**ORDER**

Good cause appearing, and based upon the stipulation of the parties:

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to March 17, 2015, at the hour of 9:45 AM, and that time is excluded as stipulated.

Dated: January 30, 2015

/s/ JOHN A. MENDEZ  
JOHN A. MENDEZ, Judge  
United States District Court