KALI S. GRECH, SBN 238461
Green Street Law Group
466 Green Street, Suite 301C
San Francisco, CA 94133
Telephone: 415/202-6622
Facsimile: 415/202-6442
Email: kali@greenstreetlawgroup.com

Attorney for Defendant,
KELSEY LANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00239-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS <u>CONFERENCE</u> |
| v. | |
| JOHN LANE and KELSEY LANE, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE to continue the status hearing presently set for March 17, 2015, at 9:15 AM, to May 26, 2015, at 9:15 AM, or another date and time convenient to the court and all parties, based on the following:

1. Counsel for Ms. Lane has contacted all involved parties, and has determined that all parties are generally in agreement that this matter should be continued, for further status.

2. Accordingly, the parties mutually request that the above date be vacated and that the matter be continued to 9:15 AM on May 26, 2015.

3. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

4. This continuance, requested by the parties, will permit continuity of counsel, and allow the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

THE PARTIES THEREFORE STIPULATE that the Status Conference be continued from March 17, 2015 at 9:15 AM, to May 26, 2015, at 9:15 AM with time continuing to be excluded as specified above, as the ends of justice are served by granting this continuance.

Dated: March 2, 2015

/s/ J. TONY SERRA　　　　　　　/s/ KALI S. GRECH
J. TONY SERRA　　　　　　　　　KALI S. GRECH
Attorney for JOHN LANE　　　　Attorney for KELSEY LANE

/s/ MICHAEL D. McCOY
MICHAEL D. McCOY
Assistant U.S. Attorney

**ORDER**

Good cause appearing, and based upon the stipulation of the parties:

**IT IS HEREBY ORDERED** that the hearing in this matter is continued to May 26, 2015, at the hour of 9:15 AM, and that time is excluded as stipulated.

Dated: 3/3/2015

　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　JOHN A. MENDEZ, Judge
　　　　　　　　　　　　　　　United States District Court