BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00239-JAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN WESLEY LANE, and KELSEY ANN LANE, | |
| Defendants. | |

WHEREAS, on September 17, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants John Wesley Lane and Kelsey Ann Lane forfeiting to the United States the following property:

  a. Approximately $51,860.87 in U.S. Currency.

AND WHEREAS, beginning on September 22, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

1

Final Order of Forfeiture

property, and the time for any person or entity to file a claim has expired.

On September 28, 2015, the U.S. Marshals Service returned the following to defendants John Wesley Lane and Kelsey Ann Lane through attorney Carolyn Hagin:

    a.    Approximately $50,000.00 seized from Fidelity National Title Escrow Account Number 149537,
    c.    Approximately $4,173.00 in U.S. Currency,
    d.    Approximately $500.00 in U.S. Currency, and
    e.    Approximately $4,620.00 in U.S. Currency.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the Approximately $51,860.87 in U.S. Currency pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of John Wesley Lane and Kelsey Ann Lane.  The Approximately $51,860.87 in U.S. Currency shall be disposed of according to law.

2. All right, title, and interest in the Approximately $51,860.87 in U.S. Currency shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 6th day of April, 2016

                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court Judge