IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00239-JAM |
| Plaintiff, | ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| JOHN W. LANE, | Date: December 8, 2020<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

**O R D E R**

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges JOHN W. LANE on November 30, 2020 for the reasons set forth above.

DATED: November 30, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE